IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (JOHNSTOWN)

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No.: 21-70008-JAD |
| ) | |
| GREGORY L. MILLER and TAMARA L. MILLER, ) | Chapter 13 |
| ) | |
| Debtors ) | |

## APPEARANCE AND REQUEST FOR SERVICE

TO THE CLERK:

Please enter our appearance as attorneys for CNB Bank in the above matter and please provide the undersigned with notice and service in accordance with Bankruptcy Rule 2002.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
Attorneys for CNB Bank

By:  */s/ Mark G. Claypool*
  Mark G. Claypool
  PA I.D. No. 63199
  120 West Tenth Street
  Erie, Pennsylvania 16501-1461
  (814) 459-2800
  mclaypool@kmgslaw.com

cc:  Kenneth P. Seitz
  Law Offices of Kenny P. Seitz
  P.O. Box 211
  Ligonier, PA 15658

# 2225396.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (JOHNSTOWN)

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No.: 21-70008-JAD |
| | ) | |
| GREGORY L. MILLER and TAMARA L. MILLER, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

<u>DECLARATION IN LIEU OF AFFIDAVIT</u>

**Regarding Request To Be Added in the Mailing Matrix**

    I am the Attorney for CNB Bank, a creditor in the above captioned bankruptcy case, and I am authorized by this party to make the accompanying request for notices. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

**Please check the appropriate box**

X     that there are no other requests to receive notices on behalf of this creditor, or

☐     that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

<u>CNB Bank</u>
Creditor's Name

<u>31 South Second Street, P.O. Box 42</u>
Creditor's Address

<u>Clearfield, PA 16830</u>
City, State ZIP

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 27, 2021

                                                          <u>Mark G. Claypool, Esquire</u>
                                                          Attorney For Creditor
                                                          <u>*/s/ Mark G. Claypool, Esquire*</u>
                                                          Signature of Attorney for Creditor

# 2225396.v1