**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 21-70008-JAD** |
| **Gregory L. Miller and** | : | |
| **Tamara L. Miller,** | : | **Chapter 13** |
| Debtors | : | |
| | : | **Docket No. 26** |
| **Gregory L. Miller,** | : | |
| **Tamara L. Miller,** | : | **Hearing Date & Time: February 17, 2021** |
| Movants | : | **11:00 AM** |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION**
**TO RETAIN REAL ESTATE BROKER**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Retain Real Estate Broker filed on January 22, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Retain Real Estate Broker appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Retain Real Estate Broker were to be filed and served no later than February 8, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Retain Real Estate Broker be entered by the Court.

Dated: February 9, 2021

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470
Attorney for Debtors