# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-70008-JAD |
| Gregory L. Miller and | : | |
| Tamara L. Miller, | : | Chapter 13 |
|         Debtors | : | |
| | : | Docket No. |
| Gregory L. Miller and | : | |
| Tamara L. Miller, | : | Related to Docket No. 14 |
|         Movants | : | |
| vs. | : | Hearing Date & Time: February 17, 2021 |
| | : | 11:00 AM |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|         Respondent | : | |

## ORDER

**AND NOW,** this 12th day of February, **2021**, upon consideration of the

*APPLICATION TO EMPLOY REAL ESTATE BROKER*, it is **ORDERED, ADJUDGED,** and

**DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. **Jeffrey Holtz, Holtz and Associates Real Estate, LLC, 633 S. Logan Boulevard, Suite 1, Altoona, Pennsylvania 16602,** is hereby appointed as **real estate broker** for the Debtors in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtors' agent in connection with the sales of real estate located at 33 Bigler Road, Bigler, Pennsylvania 16825. A broker commission in the amount of six percent (6.00%) on the sale prices is tentatively approved, subject to final court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitation imposed by the retention or the circumstances encountered while performing the services, the relationship, of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

_____
JEFFERY A. DELLER  jsf
United States Bankruptcy Judge

cc: **Trustee**
   **Debtor**
   **Counsel**
   **Realtor/Broker**
   **Office of the U.S. Trustee**

FILED
2/12/21 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gregory L Miller  
Tamara L Miller  
    Debtors

Case No. 21-70008-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: dpas     Page 1 of 2  
Date Rcvd: Feb 12, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory L Miller, Tamara L Miller, 510 Mease Road, Osceola Mills, PA 16666-8726 |
| r | | Jeffrey Holtz, Holtz and Associates Real Estate, LLC, S. Logan Boulevard, Suite 1, Altoona, PA 16602 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Gregory L Miller thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tamara L Miller thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor M&T BANK mmiksich@kmllawgroup.com |
| Mark G. Claypool | on behalf of Creditor CNB Bank mclaypool@kmgslaw.com |

| District/off: 0315-7 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 12, 2021 | Form ID: pdf900 | Total Noticed: 2 |

knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7