# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-70008-JAD |
| Gregory L. Miller and | : | |
| Tamara L. Miller, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Gregory L. Miller and | : | |
| Tamara L. Miller, | : | |
| Movants | : | |
| vs. | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Order dated February 12, 2021, Employing Real Estate Broker on all creditors on the Court's Mailing Matrix; including broker, Jeffrey Holtz, by First-Class Mail.  U.S. Postage paid.

Executed on: February 15, 2021

Respectfully submitted,
/s/Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

___

*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          PRA Receivables Management, LLC            U.S. Bankruptcy Court
0315-7                                   PO Box 41021                               5414 U.S. Steel Tower
Case 21-70008-JAD                        Norfolk, VA 23541-1021                     600 Grant Street
WESTERN DISTRICT OF PENNSYLVANIA                                                    Pittsburgh, PA 15219-2703
Johnstown
Fri Jan 22 14:31:26 EST 2021

CNB Bank                                 Capital One Bank Usa N                     Ditech
101 Industrial Park Road                 Po Box 31293                               1501 N. Plano Road
Clearfield, PA 16830-6017                Salt Lake City, UT 84131-0293              Suite 100
                                                                                    Richardson, TX 75081-2493


M & T Bank Mortgage                      Mark G. Claypool, Esquire                  Office of the United States Trustee
Po Box 900                               Knox McLaughlin Gornall & Sennett, P.C.    Liberty Center.
Millsboro, DE 19966-0900                 120 West Tenth Street                      1001 Liberty Avenue, Suite 970
                                         Erie, PA 16501-1410                        Pittsburgh, PA 15222-3721


Penn State Fcu                           Synchrony Bank                             Gregory L Miller
University Park                          c/o of PRA Receivables Management, LLC     510 Mease Road
State College, PA 16801                  PO Box 41021                               Osceola Mills, PA 16666-8726
                                         Norfolk, VA 23541-1021


Kenneth P. Seitz                         Ronda J. Winnecour                         Tamara L Miller
Law Offices of Kenny P. Seitz            Suite 3250, USX Tower                      510 Mease Road
P.O. Box 211                             600 Grant Street                           Osceola Mills, PA 16666-8726
Ligonier, PA 15658-0211                  Pittsburgh, PA 15219-2702
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)M&T BANK                              End of Label Matrix
                                         Mailable recipients    14
                                         Bypassed recipients     1
                                         Total                  15