# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **Gregory L. Miller and** | : | Bankruptcy No. 21-70008-JAD |
| **Tamara L. Miller,** | : | Chapter 13 |
| **Debtors** | : | |
| | : | |
| **Gregory L. Miller and** | : | |
| **Tamara L. Miller,** | : | |
| **Movants** | : | |
| v. | : | |
| **M&T Bank,** | : | |
| **Respondent** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I electronically served the Interim Mortgage Modification Order dated August 2, 2021, on the Chapter 13 Trustee at the following e-mail address: LMP@chapter13trusteewdpa.com.

Date: <u>August 3, 2021</u>    /s/ Jessica L. Tighe
Jessica L. Tighe; Legal Assistant
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536-7470
Fax: 814.536-9924