# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 21-70008-JAD |
| **Gregory L. Miller and** : | |
| **Tamara L. Miller,** : | Chapter 13 |
| **Debtors** : | |
| : | |
| **Gregory L. Miller and** : | |
| **Tamara L. Miller,** : | |
| **Movants** : | |
| v. : | |
| **M&T Bank,** : | |
| **Respondent** : | |
| : | |
| **Ronda J. Winnecour, Esquire,** : | |
| **Chapter 13 Trustee,** : | |
| **Additional Respondent** : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Interim Mortgage Modification Order dated August 2, 2021, on the parties at the addresses on the attached matrix by first class mail.

Date: <u>August 3, 2021</u>         /s/ Jessica L. Tighe
                                    Jessica L. Tighe; Legal Asst.
                                    Law Offices of Kenny P. Seitz
                                    P.O. Box 211
                                    Ligonier, PA 15658
                                    Tel: 814.536-7470
                                    Fax: 814.536-9924

## MATRIX OF PARTIES SERVED

Maria D. Miksich, Esquire
KML Law Group, P.C.
2591 Wexford-Bayne Road, Suite 201
Sewickley, PA 15143

M&T Bank
Attn: Homeowner Assistance Center
P.O. Box 840
Buffalo, NY 14240-0840

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219
** served electronically **

Gregory L. Miller
Tamara L. Miller
510 Mease Road
Osceola Mills, PA 16666