**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-70008-JAD |
|     Gregory L. Miller and | : | |
|     Tamara L. Miller, | : | Chapter 13 |
|                Debtors | : | |
| | : | Docket No. 41 |
|     Gregory L. Miller and | : | |
|     Tamara L. Miller, | : | |
|                Movants | : | |
|           v. | : | |
| M&T Bank, | : | |
|                Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|                Additional Respondent | : | |

FILED
8/2/21 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### INTERIM MORTGAGE MODIFICATION ORDER

On July 28, 2021, the above named Debtors and Respondent M&T Bank ("Creditor") entered into a trial modification (the "Trial Modification"), through the Court's *Loss Mitigation Program* (LMP), with respect to the FIRST mortgage on the Debtors' residence. The terms of the Trial Modification requires monthly payments in the amount of $1,020.32 ("Trial Payments") to begin on **AUGUST 1, 2021** and to continue in that amount until **OCTOBER 1, 2021** (the "Trial Modification Period"). In light of the need for an immediate change in the distribution to the Creditor, the Debtors request the Court to enter this *Interim Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval.

*AND NOW,* this  2nd  day of  August  , 20 21 , for the foregoing reasons it is hereby *ORDERED*, *ADJUDGED and DECREED* that:

(1) The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor for the Trial Modification Period. Each Trial Payment shall be made in the Amount of $1,020.32 for the following months: August 2021, September 2021 and October 2021. Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

PAWB Local Form 47 (04/14)                                                                                                          Page 1 of 2

(2)     In the event that a Permanent Modification is reached between the Parties, the Debtors *immediately* shall file a *Motion to Authorize the Loan Modification* in compliance with W.PA.LBR 9020-6(d).

(3)     The LMP Period is extended until fourteen (14) days after the expiration of the Trial Modification Period.  If the Debtors have not filed a *Motion to Authorize the Loan Modification* within fourteen (14) days after the expiration of the Trial Modification Period, then the Debtors shall *immediately* file and serve either a *Motion to Extend the Loss Modification Period* pursuant to W.PA.LBR 9020-5(b) or a *Motion to Terminate the Loss Modification Program* pursuant to W.PA.LBR 9020-5(c) that sets forth the specific reasons why an agreement was not reached.

(4)     Any Party may seek a further hearing regarding the amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(5)     Within three (3) days of entry of this *Order*, Debtors shall serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com** and the Debtors shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee.  The Debtors' Certificate of Service shall reflect service upon the above identified email address.

_____ jsf
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

FILED
8/2/21 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    [Counsel for Creditor]
    Ronda J. Winnecour, Esq. Ch 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70008-JAD |
| Gregory L Miller | Chapter 13 |
| Tamara L Miller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dpas | Page 1 of 2 |
| Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Gregory L Miller, Tamara L Miller, 510 Mease Road, Osceola Mills, PA 16666-8726 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021         Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Gregory L Miller thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tamara L Miller thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor M&T BANK mmiksich@kmllawgroup.com |
| Mark G. Claypool | on behalf of Creditor CNB Bank mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: dpas | Page 2 of 2 |
| Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7