IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-70008-JAD |
| **Gregory L. Miller and** | : | |
| **Tamara L. Miller,** | : | Chapter 13 |
| **Debtors** | : | |
| | : | Docket No. 47 |
| **Gregory L. Miller and** | : | |
| **Tamara L. Miller,** | : | |
| **Movants** | : | |
| | : | |
| vs. | : | |
| | : | |
| **CNB Bank,** | : | |
| **Capital One Bank USA, N.A.,** | : | |
| **Ditech,** | : | |
| **M&T Bank,** | : | |
| **Penn State FCU,** | : | |
| **Synchrony Bank,** | : | |
| **Respondents** | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

### NOTICE OF HEARING ON MOTION FOR SALE OF PROPERTY FREE AND DIVESTED OF LIENS

To the creditors and parties in interest of the above-named Debtor:

NOTICE IS HEREBY GIVEN THAT **Gregory L. Miller and Tamara L. Miller** have filed a **Motion for Sale of Property Free and Divested of Liens** for the following property:

**Unimproved parcel of real estate located in Clearfield County, Pennsylvania known as**

**33 Bigler Road, Bigler, Pennsylvania, 106-O09-586-8 & 000-144**

*On or before* September 27, 2021, any *Objections* to the sale shall be filed with the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, with a copy served on all interested parties.

A hearing is scheduled for **Wednesday, October 13, 2021 at 11:00 AM**, before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled

Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021*, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

| | |
|---|---|
| Date of Notice: <u>September 9, 2021</u> | Attorney for Movant:<br><br><u>/s/ Kenneth P. Seitz, Esquire</u><br>Kenneth P. Seitz, Esquire<br>PA I.D. # 81666<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA  15658<br>(814) 536-7470 |

Arrangements for inspection prior to
said sale hearing may be made:
Jeffrey Holtz
Holtz and Associates Real Estate, LLC
633 S. Logan Boulevard
Altoona, PA 16602