## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-70008-JAD |
| Gregory L. Miller and | : | |
| Tamara L. Miller, | : | Chapter 13 |
|         Debtors | : | |
| | : | |

### NOTICE OF SALE

      Notice is hereby given that the Debtors in the above matter have filed a Motion to Sell, free and clear of all liens and encumbrances, the real property known as 33 Bigler Road, Bigler, Bradford Township, Clearfield County, Pennsylvania, which is more fully described in the deed of record in the Clearfield County Recorder of Deeds Office at Book Number 2015 Page 6012 and identified as Tax Map Parcel 106-O09-586-8 & 000-144; said Motion is of record in the above-captioned case and may be examined. The sale hearing will be held on October 13, 2021 before Judge Deller via a Zoom hearing, at which time, Objections to the sale will be heard. Parties wishing to appear and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing. Objections to the sale must be filed and served on or before September 27, 2021. An initial offer of Three Hundred Twenty-Five Thousand Dollars ($325,000.00) has been received. Higher and better offers will be considered at the hearing. If you wish to discuss the terms/conditions of the sale or examine the property to be sold, contact, Jeffrey Holtz, Holtz and Associates Real Estate, LLC, 633 S. Logan Boulevard, Suite 1, Altoona, Pennsylvania 16602, (814) 946-4211. The successful buyer must deposit a nonrefundable deposit in the amount of Ten Thousand Dollars ($10,000.00) at the time of the approval of the sale by the Court within twenty-four (24) hours, with the balance to be paid at closing. In addition, proof of financing or available funds to close transaction must be presented before the hearing. All payments must be via cash, certified check or such other forms of assured and guaranteed payment as may be acceptable to the Trustee's counsel.

Date of Notice:

| | |
|---|---|
|    September 9, 2021 | By: <u>Kenneth P. Seitz, Esquire</u> |
| |     Kenneth P. Seitz, Esquire |
| |     PA I.D. # 81666 |
| |     P.O. Box 211 |
| |     Ligonier, PA 15658 |
| |     (814) 536-7470 |
| |     TheDebtErasers@aol.com |
| |     Counsel for Debtors |

Arrangements for inspection prior to the sale hearing may be made with:
Jeffrey Holtz
Holtz and Associates Real Estate, LLC
633 S. Logan Boulevard, Suite 1
Altoona, PA 16602
(814) 946-4211