# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-70008-JAD |
| Gregory L. Miller and | : | |
| Tamara L. Miller, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Gregory L. Miller and | : | |
| Tamara L. Miller, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| CNB Bank, | : | |
| Capital One Bank USA, N.A., | : | |
| Ditech, | : | |
| M&T Bank, | : | |
| Penn State FCU, | : | |
| Synchrony Bank, | : | |
| Respondents | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 18th day of October, 2021, a true and correct copy of the Amended Order Confirming Sale of Property Free and Divested of Liens dated October 15, 2021, by First-Class Mail.  U.S. Postage paid on all Parties on the Court's Mailing Matrix; including the buyer, Cen-Clear Child Service, Inc., at the following address:

Cen-Clear Child Service, Inc.
50 Bigler Road
P.O. Box 319
Bigler, PA 16825

Executed on: October 18, 2021

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing         PRA Receivables Management, LLC          U.S. Bankruptcy Court
0315-7                                  PO Box 41021                             5414 U.S. Steel Tower
Case 21-70008-JAD                       Norfolk, VA 23541-1021                   600 Grant Street
WESTERN DISTRICT OF PENNSYLVANIA                                                 Pittsburgh, PA 15219-2703
Johnstown
Fri Jan 22 14:31:26 EST 2021

CNB Bank                                Capital One Bank Usa N                   Ditech
101 Industrial Park Road                Po Box 31293                             1501 N. Plano Road
Clearfield, PA 16830-6017               Salt Lake City, UT 84131-0293            Suite 100
                                                                                 Richardson, TX 75081-2493


M & T Bank Mortgage                     Mark G. Claypool, Esquire                Office of the United States Trustee
Po Box 900                              Knox McLaughlin Gornall & Sennett, P.C.  Liberty Center.
Millsboro, DE 19966-0900                120 West Tenth Street                    1001 Liberty Avenue, Suite 970
                                        Erie, PA 16501-1410                      Pittsburgh, PA 15222-3721


Penn State Fcu                          Synchrony Bank                           Gregory L Miller
University Park                         c/o of PRA Receivables Management, LLC   510 Mease Road
State College, PA 16801                 PO Box 41021                             Osceola Mills, PA 16666-8726
                                        Norfolk, VA 23541-1021


Kenneth P. Seitz                        Ronda J. Winnecour                       Tamara L Miller
Law Offices of Kenny P. Seitz           Suite 3250, USX Tower                    510 Mease Road
P.O. Box 211                            600 Grant Street                         Osceola Mills, PA 16666-8726
Ligonier, PA 15658-0211                 Pittsburgh, PA 15219-2702
```

             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)M&T BANK                             End of Label Matrix
                                        Mailable recipients     14
                                        Bypassed recipients      1
                                        Total                   15