# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| IN RE: : | Case No. 21-70008-JAD |
| Gregory L. Miller and : | |
| Tamara L. Miller : | Chapter 13 |
| Debtors : | |
| : | Docket No. 65 |
| Gregory L. Miller and : | |
| Tamara L. Miller : | Hearing Date & Time: November 10, 2021 |
| Movants : | 10:00 AM |
| : | |
| vs. : | |
| : | |
| LVNV Funding, LLC, : | |
| Respondent : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## OBJECTION TO PROOF OF CLAIM FILED BY LVNV FUNDING, LLC; CLAIM NO. 9

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Objection to Proof of Claim filed by LVNV Funding, LLC; Claim No. 9 filed on October 14, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Proof of Claim filed by LVNV Funding, LLC; Claim No. 9 appears thereon. Pursuant to the Notice of Hearing, objections to the Objection to Proof of Claim filed by LVNV Funding, LLC; Claim No. 9 were to be filed and served no later than November 1, 2021.

It is hereby respectfully requested that the Order attached to the Objection to Proof of Claim filed by LVNV Funding, LLC; Claim No. 9 be entered by the Court.

Dated: November 2, 2021  /s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470
Attorney for Debtors