**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNYSLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-70008-JAD |
| Gregory L. Miller and | : | |
| Tamara L. Miller | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. |
| Gregory L. Miller and | : | |
| Tamara L. Miller | : | Related to Docket No. 56 |
| Movants | : | |
| | : | Hearing Date & Time: November 10, 2021 |
| vs. | : | 10:00 AM |
| | : | |
| LVNV Funding, LLC, | : | |
| Respondent | : | |

## ORDER

AND NOW, this __4th__ day of __Novembetr__, 2021, upon consideration of the Objection to Proof of Claim filed by LVNV Funding, LLC; Claim No. 9, it is hereby ORDERED and DECREED as follows:

1.  The claim of LVNV Funding, LLC, Claim No. 9 is DISALLOWED.

FILED
11/4/21 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70008-JAD |
| Gregory L Miller | Chapter 13 |
| Tamara L Miller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dpas | Page 1 of 2 |
| Date Rcvd: Nov 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory L Miller, Tamara L Miller, 510 Mease Road, Osceola Mills, PA 16666-8726 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Gregory L Miller thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tamara L Miller thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor M&T BANK mmiksich@kmllawgroup.com |
| Mark G. Claypool | on behalf of Creditor CNB Bank mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |

District/off: 0315-7      User: dpas      Page 2 of 2
Date Rcvd: Nov 04, 2021      Form ID: pdf900      Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7