IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-70008-JAD |
| Gregory L. Miller and | : | |
| Tamara L. Miller, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No. 59 |

## CONSENT ORDER MODIFYING AMENDED ORDER CONFIRMING SALE OF PROPERTY FREE AND DIVESTED OF LIENS

AND NOW, this _____ day of _____, 2021, upon consent of the Debtors, the Chapter 13 Trustee, and CNB Bank, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the Amended Order Confirming Sale of Property Free and Divested of Lines dated October 15, 2021 it is

ORDERED that the total pay off for all three mortgage liens, costs and fees to CNB Bank shall be $288,352.23.

ORDERED that Chapter 13 Trustee's fees shall be reduced from $8,197.20 to $573.22.

The Amended Order Confirming Sale of Property Free and Divested of Liens dated October 15, 2021, at docket number 59, otherwise remains in full force and effect.

BY THE COURT:

_____
Jeffery A. Deller
United States Bankruptcy Judge

Consented to:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz
Attorney for the Debtors
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
814-536-7470

/s/ James C. Warmbrodt, Esquire
James C. Warmbrodt, Esquire
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566


/s/ Mark G. Claypool, Esquire
Mark G. Claypool, Esquire
Attorney for CNB Bank
Knox, McLaughlin, Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501
814-459-2800


/s/ David Mason, Esquire
David Mason, Esquire
Attorney for Buyer – CenClear Child Service, Inc.
Suite 201, The Finberg Building
200 N. Front Street
P.O. Box 28
Philipsburg, PA 16866
814 342 2240