IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-70008-JAD |
| **Gregory L. Miller and** | : | |
| **Tamara L. Miller,** | : | Chapter 13 |
| Debtors | : | Doc. # 72 |
| | : | Related to Docket No. 59 |

## CONSENT ORDER MODIFYING AMENDED ORDER CONFIRMING SALE OF PROPERTY FREE AND DIVESTED OF LIENS

AND NOW, this __17th__ day of __November__, **2021**, upon consent of the Debtors, the Chapter 13 Trustee, and CNB Bank, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the Amended Order Confirming Sale of Property Free and Divested of Lines dated October 15, 2021 it is

ORDERED that the total pay off for all three mortgage liens, costs and fees to CNB Bank shall be $288,352.23.

ORDERED that Chapter 13 Trustee's fees shall be reduced from $8,197.20 to $573.22.

The Amended Order Confirming Sale of Property Free and Divested of Liens dated October 15, 2021, at docket number 59, otherwise remains in full force and effect.

BY THE COURT:

FILED
11/17/21 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Jeffery A. Deller
United States Bankruptcy Judge

Consented to:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz
Attorney for the Debtors
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
814-536-7470

/s/ James C. Warmbrodt, Esquire
James C. Warmbrodt, Esquire
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566


/s/ Mark G. Claypool, Esquire
Mark G. Claypool, Esquire
Attorney for CNB Bank
Knox, McLaughlin, Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501
814-459-2800


/s/ David Mason, Esquire
David Mason, Esquire
Attorney for Buyer – CenClear Child Service, Inc.
Suite 201, The Finberg Building
200 N. Front Street
P.O. Box 28
Philipsburg, PA 16866
814 342 2240

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70008-JAD |
| Gregory L Miller | Chapter 13 |
| Tamara L Miller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dpas | Page 1 of 2 |
| Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Gregory L Miller, Tamara L Miller, 510 Mease Road, Osceola Mills, PA 16666-8726 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021                    Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Gregory L Miller thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tamara L Miller thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor M&T BANK mmiksich@kmllawgroup.com |
| Mark G. Claypool | on behalf of Creditor CNB Bank mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |

District/off: 0315-7 User: dpas Page 2 of 2
Date Rcvd: Nov 17, 2021 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7