IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO 21-70008-JAD |
| Gregory L Miller, and Tamara L Miller,<br>    Debtor(s). | Chapter 13 |
| | Related to Doc. No. 22, 59, 73, and 76 |
| Gregory L Miller, and Tamara L Miller,<br>    Movant, | |
| vs. | |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Respondent(s). | |

## CONSENT ORDER OF COURT DISMISSING BANKRUPTCY CASE AND PROVIDING FOR DISPOSITION OF SALE PROCEEDS

WHEREAS, at the January 27, 2022, conciliation conference on the Debtor(s) January 29, 2021, Chapter 13 Plan, the Debtor(s) requested dismissal of their case without prejudice;

WHEREAS, Trustee consents to dismissal without prejudice;

WHEREAS, the Trustee is holding $4,793.78 in net sale proceeds from the sale of 33 Bigler Road approved at Doc 59, which proceeds were, in the Sale Order, to be disbursed to unsecured creditors;

WHEREAS, the parties (Debtor(s) and Trustee) agree that under the facts and circumstances of this case, the case should be dismissed and the balance on hand should be distributed to unsecured creditors.

AND NOW THEREFORE, the Debtor(s) and Trustee agree as follows:

1.    In accordance with the authority of 11 U.S.C. §349(b), notwithstanding the dismissal of the case, the Trustee shall retain possession of the $4,793.78 in net sale proceeds, and shall, after deduction of Trustee fees, distribute the funds as follows: (a) first, $905.73 to the Pa. Dept of Revenue on account of its priority claim at Proof of Claim #10; and (b) then pro rata to the remaining allowed general unsecured

creditors (those being LVNV Funding (Cl # 8) and Pa Dept of Revenue (Cl #10)) so far as the funds will go.

    2.    Subject to the terms and conditions of this Order, the case is dismissed without prejudice.

                                        U. S. Bankruptcy Judge

Agreed and consented to:

/s/ Owen Katz
Owen Katz, Esquire,
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: okatz@chapter13trusteewdpa.com
<u>Attorney for Trustee</u>

/s/ Kenneth P. Seitz
Kenneth P. Seitz, Esquire
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470
TheDebtErasers@aol.com
<u>Attorney for the Debtor(s)</u>