**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/31/22 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Gregory L Miller, and Tamara L Miller,
    Debtor(s).

Gregory L Miller, and Tamara L Miller,
    Movant,

vs.

Ronda J. Winnecour, Chapter 13
Trustee,
    Respondent(s).

CASE NO 21-70008-JAD

Chapter 13

Related to Doc. No. 22, 59, 73, and 76

Doc. # 77

**CONSENT ORDER OF COURT DISMISSING BANKRUPTCY CASE AND PROVIDING
FOR DISPOSITION OF SALE PROCEEDS**

WHEREAS, at the January 27, 2022, conciliation conference on the Debtor(s) January 29, 2021, Chapter 13 Plan, the Debtor(s) requested dismissal of their case without prejudice;

WHEREAS, Trustee consents to dismissal without prejudice;

WHEREAS, the Trustee is holding $4,793.78 in net sale proceeds from the sale of 33 Bigler Road approved at Doc 59, which proceeds were, in the Sale Order, to be disbursed to unsecured creditors;

WHEREAS, the parties (Debtor(s) and Trustee) agree that under the facts and circumstances of this case, the case should be dismissed and the balance on hand should be distributed to unsecured creditors.

AND NOW THEREFORE, the Debtor(s) and Trustee agree as follows:

1. In accordance with the authority of 11 U.S.C. §349(b), notwithstanding the dismissal of the case, the Trustee shall retain possession of the $4,793.78 in net sale proceeds, and shall, after deduction of Trustee fees, distribute the funds as follows: (a) first, $905.73 to the Pa. Dept of Revenue on account of its priority claim at Proof of Claim #10; and (b) then pro rata to the remaining allowed general unsecured

Page **1** of **2**

creditors (those being LVNV Funding (Cl # 8) and Pa Dept of Revenue (Cl #10)) so far as the funds will go.

     2.    Subject to the terms and conditions of this Order, the case is dismissed without prejudice.

_____
U. S. Bankruptcy Judge
Jeffery A. Deller

Agreed and consented to:

/s/ Owen Katz
Owen Katz, Esquire,
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: okatz@chapter13trusteewdpa.com
**Attorney for Trustee**

/s/ Kenneth P. Seitz
Kenneth P. Seitz, Esquire
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470
TheDebtErasers@aol.com
**Attorney for the Debtor(s)**

Page **2** of **2**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gregory L Miller  
Tamara L Miller  
    Debtors

Case No. 21-70008-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory L Miller, Tamara L Miller, 510 Mease Road, Osceola Mills, PA 16666-8726 |
| r | | Jeffrey Holtz, Holtz and Associates Real Estate, LLC, S. Logan Boulevard, Suite 1, Altoona, PA 16602 |
| 15328689 | + | Ditech, 1501 N. Plano Road, Suite 100, Richardson, TX 75081-2493 |
| 15328690 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15328691 | + | Mark G. Claypool, Esquire, Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth Street, Erie, PA 16501-1410 |
| 15328692 | | Penn State Fcu, University Park, State College, PA 16801 |
| 15337042 | + | Penn State Federal Credit Union, 1937 N. Atherton Street, State College, PA 16803-1523 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BANKRUPTCY@BANKCNB.COM | Jan 31 2022 23:41:00 | CNB Bank, 31 South Second Street, PO Box 42, Clearfield, PA 16830-0042 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 31 2022 23:41:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15328688 | + | Email/Text: BANKRUPTCY@BANKCNB.COM | Jan 31 2022 23:41:00 | CNB Bank, 101 Industrial Park Road, Clearfield, PA 16830-6017 |
| 15331877 | + | Email/Text: BANKRUPTCY@BANKCNB.COM | Jan 31 2022 23:41:00 | CNB Bank, P.O. Box 42, 31 S. Second Street, Clearfield, PA 16830-2355 |
| 15328687 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 23:41:23 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15334164 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2022 23:41:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15335570 | | Email/Text: camanagement@mtb.com | Jan 31 2022 23:40:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15380029 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2022 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15329076 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 23:41:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: pdf900 | Total Noticed: 16 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 02, 2022            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Gregory L Miller thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tamara L Miller thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor M&T BANK mmiksich@kmllawgroup.com |
| Mark G. Claypool | on behalf of Creditor CNB Bank mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7