**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GREGORY L MILLER<br>TAMARA L MILLER<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:21-70008 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 01/11/2021  and confirmed on 06/21/2021 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 18,687.32 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 18,687.32 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 0.00 | |
| 　Trustee Fee | 723.22 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 723.22 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　CNB BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　DITECH FINANCIAL LLC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9920 | | | | |
| 　PENN STATE FCU | 0.00 | 2,224.20 | 0.00 | 2,224.20 |
| 　　Acct: 2240 | | | | |
| 　CNB BANK | 8,869.32 | 8,869.32 | 0.00 | 8,869.32 |
| 　　Acct: COMB | | | | |
| 　M & T BANK | 0.00 | 1,637.60 | 0.00 | 1,637.60 |
| 　　Acct: 9920 | | | | |
| 　CNB BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 0001 | | | | |
| 　M & T BANK | 15,436.09 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9920 | | | | |
| 　CNB BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 0001 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   CNB BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0004 | | | | |
|   CNB BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0003 | | | | |
|   CNB BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0004 | | | | |
|   CNB BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0003 | | | | |
| | | | | 12,731.12 |
| Priority | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GREGORY L MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 905.73 | 905.73 | 0.00 | 905.73 |
|     Acct: 9522 | | | | |
|   RONDA J WINNECOUR PA ID #30399** | 573.22 | 573.22 | 0.00 | 573.22 |
|     Acct: $/OE | | | | |
| | | | | 1,478.95 |
| Unsecured | | | | |
|   LVNV FUNDING LLC | 3,737.65 | 3,599.51 | 0.00 | 3,599.51 |
|     Acct: 7507 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2256 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9072 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1840 | | | | |
|   PA DEPARTMENT OF REVENUE* | 160.45 | 154.52 | 0.00 | 154.52 |
|     Acct: 9522 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3956 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KNOX MCLAUGHLIN GORNALL&SENNET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CENTRAL PA HOME CENTER LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 3,754.03 |

TOTAL PAID TO CREDITORS                                                                 17,964.10

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,478.95 |
| SECURED | 24,305.41 |
| UNSECURED | 3.898.10 |

Date: 03/09/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com